UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO LEE HUNTER, JR.,

                                        Plaintiff,

                                                        CIVIL CASE NO. 04-40325

v.

COMMISSIONER OF SOCIAL SECURITY,                HONORABLE PAUL V. GADOLA
                                                U.S. DISTRICT COURT
                                        Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

       This is an action for judicial review following an adverse decision of the Commissioner of

Social Security.  Before the Court is the Report and Recommendation of the Honorable Wallace

Capel, Jr., United States Magistrate Judge.  The Magistrate Judge recommends that this Court

dismiss Plaintiff's complaint without prejudice for Plaintiff's failure to serve Defendant with the

summons and complaint and for failing to respond to the Magistrate Judge's order to show cause.

The Magistrate Judge filed the Report and Recommendation on August 16, 2005 and notified all the

parties that any objections must be filed within ten days of service.  Neither party has filed

objections to the Report and Recommendation.

       The Court's standard of review for a Magistrate Judge's Report and Recommendation

depends upon whether a party files objections.  If a party does not object to the Report and

Recommendation, the Court does not need to conduct a review by any standard.  *See Lardie v.*

*Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.).  As the Supreme Court observed,

"[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry 8] is **ACCEPTED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that this action, No. 04-40325, is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated:  September 14, 2005                        s/Paul V. Gadola
                                                  HONORABLE PAUL V. GADOLA
                                                  UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on  September 15, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:   Lorenzo Hunter, Jr.; Social Security Administration .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(810) 341-7845

---